**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FOLEY, PATRICIA MARGARET  § Case No. 12-82253
  §
  §
Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　Clerk of The U S Bankruptcy Court
　　327 S Church Street, Room 1100
　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/10/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

      Dated:  11/07/2012                By:  /s/BERNARD J. NATALE
                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FOLEY, PATRICIA MARGARET | § | Case No. 12-82253 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,500.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 4,450.00 |
| **Balance on hand:** | $ 4,450.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | CSC Logic | 12,879.65 | 12,879.65 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,450.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,125.00 | 0.00 | 1,125.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,325.25 | 0.00 | 1,325.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 20.25 | 0.00 | 20.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,470.50 |
| Remaining balance: | $ 1,979.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,979.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,233.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue Bankruptcy Section | 1,233.00 | 0.00 | 1,233.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,233.00 |
| Remaining balance: | $ | 746.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,760.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,541.71 | 0.00 | 106.79 |
| 3 | Capital One Bank (USA), N.A. | 6,855.82 | 0.00 | 206.69 |
| 4U | Illinois Department of Revenue Bankruptcy Section | 174.90 | 0.00 | 5.27 |
| 5 | PYOD, LLC its successors and assigns as assignee | 13,327.46 | 0.00 | 401.80 |
| 6 | Capital One, N.A. | 860.85 | 0.00 | 25.95 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 746.50 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:  $         0.00

Prepared By:  /s/BERNARD J. NATALE
              Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                        Case No. 12-82253-MB
Patricia Margaret Foley                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez               Page 1 of 2              Date Rcvd: Nov 19, 2012
                              Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2012.
db           +Patricia Margaret Foley,    844 Stonebridge Lane,    Crystal Lake, IL 60014-1821
19011827    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
19011822     +CBNA,   Attn: Bankruptcy Dept.,    1000 Technology Dr,    O Fallon, MO 63368-2239
19011826     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19011828     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19195103     +CSC Logic,    P.O. Box 1577,    Coppell, TX 75019-1577
19011817     +CSC/BMO HARRIS BANK,    Attn: Bankruptcy Dept.,    111 W Monroe St,    Chicago, IL 60603-4095
19287374      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19481506      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19011831     +Centegra Health System,    Attn: Bankruptcy Dept.,    P.O. Box 1990,    Woodstock, IL 60098-1990
19011830     +Citibank SD NA,    Bankruptcy Dept,    PO Box 550720,    Jacksonville, FL 32255
19011832     +Citibank SD NA,    Attn: Bankruptcy Dept.,    P.O. Box 550720,    Jacksonville, FL 32255
19011819     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19011820     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19011829      Illinois Department of Revenue,    Bankruptcy Department,    PO Box 19035,
                Springfield, IL 62794-9035
19292959      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
19011818     +Mortgage Service Cente,    Attn: Bankruptcy Dept.,    4001 Leadenhall Rd,
                Mount Laurel, NJ 08054-4611
19011821     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19152540       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2012 03:18:26      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19011824     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2012 03:18:26      Discover FIN SVCS LLC,
                Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
19011823     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2012 03:03:48      Kohls/Capone,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19371651     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 20 2012 03:02:45
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19011825*    +CBNA,    Attn: Bankruptcy Dept.,    1000 Technology Dr,    O Fallon, MO 63368-2239
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2012**            **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez            Page 2 of 2              Date Rcvd: Nov 19, 2012
                              Form ID: pdf006          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Christopher J Stasko    on behalf of Creditor  PHH Mortgage Corporation
               cstasko@fisherandshapirolaw.com
              Jonathan D Parker    on behalf of Debtor Patricia Foley ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 6
```